**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 89 MM 2019

Respondent :

v. :

RYAN HARDING, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.